UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
CARLOS JUAREZ, et al.,

                     Plaintiffs,

v.                                                  **ORDER**

FUERTE CONSTRUCTION, LLC, et al.,        No. 22-CV-05999 (PMH)

                     Defendants.
----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

        A Clerk's Certificate of Default was issued as to Defendants Fuerte Construction, LLC and Artemio Fuerte on September 30, 2022. (Doc. 12). As there has been no activity on this docket since the issuance of the Clerk's Certificate of Default, Plaintiffs are directed to submit a letter to the Court via ECF concerning the status of this action by December 14, 2022.

                                              **SO-ORDERED:**

Dated: White Plains, New York
            November 30, 2022

                                              _____
                                              Philip M. Halpern
                                              United States District Judge