# THE SAMUEL LAW FIRM

1441 BROADWAY, SUITE 6085, NEW YORK, NY 10018

PHONE: (212) 563-9884 | FAX: (212) 563-9870 | WEBSITE: www.samuelandstein.com

**MICHAEL SAMUEL**,  ADMITTED IN NY
michael@thesamuellawfirm.com

April 28, 2023

**VIA ECF**

The Hon. Philip M. Halpern
U.S. District Court for the Southern District of New York
300 Quarropas Street
White Plains, NY 10601

> Re: *Juarez et al. v. Fuerte Construction LLC and Artemio Fuerte*
> 7:22-cv-05999 (PMH)

Dear Judge Halpern:

    We represent the plaintiffs, Carlos Juarez, Tomas Castaneda, Gerardo Castaneda Mendoza and Alex Reyes in this matter and write to respectfully request a further one-week extension, until May 5, 2023, to file the Order to Show Cause why Default Judgment should not be entered against Defendants and to file supporting documents.

    We regret the additional delay, however the four plaintiffs need more time to review and sign their respective supporting affidavits, with Spanish translation, and return them to us for filing.

    We thank the Court for its attention to this matter.

Respectfully submitted,

/s/ *Michael Samuel*
Michael Samuel, Esq.
THE SAMUEL LAW FIRM
*Attorneys for Plaintiffs*

---

Application granted.

SO ORDERED.

_____
Philip M. Halpern
United States District Judge

Dated: White Plains, New York
        April 28, 2023