# THE SAMUEL L[AW FIRM]

1441 BROADWAY, SUITE 60[0]
PHONE: (212) 563-9884 | FAX: (212) 563-98[__]

MICHAEL SAMUEL
michael@thesamuellawfirm.com

May 5, 2023

VIA ECF

The Hon. Philip M. Halpern
U.S. District Court for the Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re: *Juarez et al. v. Fuerte Construction LLC and Artemio Fuerte*
7:22-cv-05999 (PMH)

Dear Judge Halpern:

We represent the plaintiffs, Carlos Juarez, Tomas Castaneda, Gerardo Castaneda Mendoza and Alex Reyes in this matter and write to respectfully request a further two-week extension, until May 19, 2023, to file the Order to Show Cause why Default Judgment should not be entered against Defendants and to file supporting documents.

We regret the additional delay, however we are aware that one or two of the four plaintiffs, Tomas Castaneda and Gerardo Castaneda Mendoza may each be in Mexico currently, and we havf not been able to reach both of them in order to proceed with the review and signing their respective supporting affidavits, with Spanish translation, as well as the return of those documents to us for filing.

We thank the Court for its attention to this matter.

Respectfully submitted,

/s/ *Michael Samuel*
Michael Samuel, Esq.
THE SAMUEL LAW FIRM
*Attorneys for Plaintiffs*

---

**Memo endorsement:**

Application granted. Plaintiffs' time to file an Order to Show Cause why Default Judgment should not be entered is extended to May 19, 2023. Per the Court's Order at Doc. 15, failure to do so will result in dismissal of this case for want of prosecution under Fed. R. Civ. P. 41(b). This is Plaintiffs' third request for extension of time to file an Order to Show Cause why Default Judgment should not be entered. No further extensions will be granted.

The Clerk of Court is respectfully requested to terminate the motion sequence pending at Doc. 20.

SO ORDERED.

_____
Philip M. Halpern
United States District Judge

Dated: White Plains, New York
       May 8, 2023