# THE SAMUEL LAW FIRM

1441 BROADWAY, SUITE 6085, NEW YORK, NY 10018

PHONE: (212) 563-9884 | FAX: (212) 563-9870 | WEBSITE: www.samuelandstein.com

**MICHAEL SAMUEL**
michael@thesamuellawfirm.com

August 1, 2023

> Application granted.
>
> The Clerk of Court is respectfully requested to terminate the motion sequence pending at Doc. 29.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>          August 1, 2023

**VIA ECF**

The Hon. Philip M. Halpern
U.S. District Court for the Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re: *Juarez et al. v. Fuerte Construction LLC and Artemio Fuerte*
7:22-cv-05999 (PMH)

Dear Judge Halpern:

We represent the plaintiffs, Carlos Juarez, Tomas Castaneda, Gerardo Castaneda Mendoza and Alex Reyes in this matter and write to request a two-week extension to file an Order to Show Cause why default judgment should not be entered in favor of plaintiffs Carlos Juarez, Tomas Castaneda and Gerardo Castaneda Mendoza.

The additional time is necessary because Mr. Castaneda and Mr. Castaneda Mendoza very recently returned to the United States after having been in Mexico for several months, and we are waiting for them to return their signed declarations to counsel. We are also still attempting to reach Mr. Juarez regarding his declaration, however he has not returned our telephone and text messages recently.

We thank the Court for its attention to this matter.

Respectfully submitted,

/s/ *Michael Samuel*
Michael Samuel, Esq.
THE SAMUEL LAW FIRM
*Attorneys for Plaintiffs*