UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARLOS JUAREZ, et al.<br><br>Plaintiffs,<br><br>- vs. -<br><br>FUERTE CONSTRUCTION, LLC and ARTEMIO FUERTE,<br><br>Defendants | DOCKET NO. 7:22-cv-05999-PMH<br><br>**ORDER AND JUDGMENT** |

PHILIP M. HALPERN, United States District Judge:

Upon reading the Order to Show Cause of plaintiff Tomas Castaneda ("Castaneda") and plaintiff Gerardo Castaneda Mendoza ("Mendoza") and supporting papers for default judgment as against Defendants Fuerte Construction LLC and Artemio Fuerte (ECF 31 and 32), it is hereby ordered that:

The motion for default judgment is GRANTED as to Plaintiff Castaneda in the dollar amount of $28,647.87 and plaintiff Mendoza in the amount of $34,600.29 against the defendants, and post-judgment interest on these amounts in

1

accordance with 28 U.S.C. § 1961 until the judgment is paid in full.

                                             **SO ORDERED:**

Dated:   White Plains, NY
        _____September 19_____, 2023

                                             _____
                                             Philip M. Halpern
                                             United States District Judge